15 – DCV – 223562
NOAP
Notice of Appeal
3593761

ACCEPTED
14-15-00459-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 4:47:30 PM
6/1/2015 11:07:40 AM
By: CHRISTOPHER PRINE
CLERK

15-DCV--223562

CAUSE NO. 2010-19083

Chris Daniel - District Clerk Harris County
Envelope No. 5174803
Filed: 5/13/2015 4:47:30 PM

| | | |
|---|---|---|
| IN THE INTERST OF | § | IN THE DISTRICT COURT |
| | § | |
| EMILIA MARISSA GARCIA, | § | |
| | § | |
| VICTORIA MELISSA GARCIA, | § | 257TH JUDICIAL DISTRICT |
| | § | |
| and ISABELLA MELODIE GARCIA, | § | HARRIS COUNTY, TEXAS |
| | § | |
| MINOR CHILDREN | § | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 11:07:40 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Gabriel Garcia, Petitioner, gives notice of his intent to appeal the trial court's judgment rendered on January 20, 2015. This appeal is taken to either the First or the Fourteenth Court of Appeals in Houston, Texas.

Dated: May 13, 2015

Respectfully submitted,

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-451-6938
Fax: 713-802-9174
Email: txnylaw@yahoo.com

ATTORNEY FOR GABRIEL GARCIA

FILED

2015 MAY 20 AM 10: 22

CLERK DISTRICT COURT
FORT BEND CO., TX

**Silvia Guevara**

Certified Document Number: 65414793 - Page 1 of 2

### CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has this day been served, on May 13, 2015, to the following counsel by mail by depositing it in the mail postpaid and properly addressed to FABIO & MERRILL, Twelve Greenway Plaza, Suite 101, Houston, Texas 77046, counsel for Respondent, Dulce Beker, at:

FABIO & MERRILL
Twelve Greenway Plaza, Suite 101
Houston, Texas 77046

Dated: May 13, 2015

By: _____
SHARON E. HERNANDEZ
Attorney for Gabriel Garcia

### CERTIFICATE OF SERVICE

I certify that a true copy of the above Notice of Appeal has this day been served, on May 13, 2015, to the following counsel by mail by depositing it in the mail postpaid and properly addressed to Ms. Jan R. Cohen, Office of Jan R. Cohen, Attorney at Law, 3040 Post Oak Boulevard, Suite 1020, Houston, Texas 77056, co-counsel for Petitioner, Gabriel Garcia, at:

Ms. Jan R. Cohen
Office of Jan R. Cohen
Attorney at Law
3040 Post Oak Boulevard, Suite 1020
Houston, Texas 77056

Dated: May 13, 2015

By: _____
SHARON E. HERNANDEZ
Attorney for Gabriel Garcia

Certified Document Number: 65414793 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 15, 2015

Certified Document Number:        65414793

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com